In the Matter of the ESTATE OF Emma J. McKIERNAN, Deceased, Richard N. Brown, Appellant,

v.

Lester McKIERNAN, et al., Respondents.

No. WD 37257.

Missouri Court of Appeals, Western District.

April 22, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 22, 1986.

Application to Transfer Denied July 15, 1986.

Richard N. Brown, Brookfield, for appellant.

Gary E. Ravens, Marceline, for Lester and Elvin McKiernan.

Robert G. Smith, Brookfield, for Elbert Lee McKiernan.

Before CLARK, C.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Attorney's appeal from order allowing attorney's fee in decedent's estate.

Affirmed. Rule 84.16(b).